UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SANDRA ROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-537 |
| v. ) | (VARLAN/GUYTON) |
| ) | |
| KIMBLE CHASE LIFE SCIENCE AND ) | |
| RESEARCH PRODUCTS, LLC, and ) | |
| RUSSELL BEARDEN, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Amend Complaint [Doc. 32]. Plaintiff states that she recently received a right-to-sue letter from the Equal Employment Opportunity Commission, and she seeks to amend her complaint to assert additional federal statutory causes of action under the Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.*

As an initial matter, the Court finds that the Defendants have not responded in opposition to the Motion to Amend Complaint and the time for doing so has expired. See E.D. Tenn. L.R. 7.1. The Motion to Amend could be granted on this basis alone. See E.D. Tenn. L.R. 7.2.

Further, Local Rule 15.1 states: "A party who moves to amend a pleading shall attach a copy of the proposed amended pleading to the motion. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, shall, except by leave of Court, reproduce

the entire pleading as amended and may not incorporate any prior pleading by reference." The Court finds that the Plaintiff has complied with Rule 15.1.

Moreover, the Court finds that the Plaintiff has shown good cause for amending under Rule 15 of the Federal Rules of Civil Procedure.

Based upon the foregoing, the Motion for Leave to Amend Answer **[Doc. 32]** is **GRANTED**. The Plaintiff **SHALL FILE** her proposed pleading [Doc. 32-1] in the record as her First Amended Complaint on or before **October 11, 2013**.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge